# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

145179 & (12)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 145179
                                       COA: 307555
                                       Oakland CC: 96-146339-FC

KENNETH M. ROWLS,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 29, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G). The motion to compel is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

h0917